1  JOSEPH A. WALSH II, CASB NO.143694
   joe.walsh@kyl.com
2  GORDON C. YOUNG, CASB NO.158100
   gordon.young@kyl.com
3  CHRISTOPHER A. STECHER, CASB NO. 215329
   christopher.stecher@kyl.com
4  KEESAL, YOUNG & LOGAN
   A Professional Corporation
5  450 Pacific Avenue
   San Francisco, California 94133
6  Telephone:   (415) 398-6000
   Facsimile:   (415) 981-0136
7
   Attorneys for Defendants
8  REGAL STONE LIMITED, FLEET MANAGEMENT LTD., SYNERGY MANAGEMENT
   SERVICES, SYNERGY MARINE LIMITED
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12

13  PEOPLE OF THE STATE OF              )  Case No.  CV 09 1469 SBA
    CALIFORNIA, *ex rel.* DEPARTMENT OF )
14  FISH AND GAME; PEOPLE OF THE        )  **STIPULATION OF PLAINTIFFS AND**
    STATE OF CALIFORNIA *ex rel.*       )  **DEFENDANTS REGAL STONE**
15  CALIFORNIA REGIONAL WATER           )  **LIMITED, FLEET MANAGEMENT**
    QUALITY CONTROL BOARD, SAN          )  **LTD., SYNERGY MANAGEMENT**
16  FRANCISCO BAY REGION; AND           )  **SERVICES, AND SYNERGY MARINE**
    PEOPLE OF THE STATE OF              )  **LIMITED TO ADOPT STIPULATION**
17  CALIFORNIA *ex rel.* STATE LANDS    )  **EXECUTED IN THE STATE COURT**
    COMMISSION,                         )  **ACTION**
18                                      )
                                        )
19                      Plaintiffs,     )
                                        )
20          vs.                         )  Complaint Filed:  January 7, 2009
                                        )  Complaint Served:  March 5, 2009
21  REGAL STONE LIMITED; FLEET          )
    MANAGEMENT LTD., HANJIN             )
22  SHIPPING CO. LTD.; SYNERGY          )  REMOVED FROM:
    MANAGEMENT SERVICES; SYNERGY        )  Superior Court of the State of California, County
23  MARINE LIMITED; JOHN J. COTA, AN    )  of San Francisco Civil Case No. CGC-09-483865
    INDIVIDUAL; AND DOES 1 THROUGH      )
24  100,                                )
                                        )
25                      Defendants.     )
                                        )
26                                      )
                                        )
27

28                                                        KYL_SF478118

STIPULATION OF PLAINTIFFS AND DEFENDANTS REGAL STONE LIMITED, FLEET
MANAGEMENT LTD., SYNERGY MANAGEMENT SERVICES, AND SYNERGY MARINE LIMITED TO
HONOR STIPULATION FILED IN THE STATE COURT PROCEEDING — CASE NO. CV-09-1469 SBA

1  TO THE COURT AND ALL COUNSEL OF RECORD:

2       Plaintiffs PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.*

3  DEPARTMENT OF FISH AND GAME; PEOPLE OF THE STATE OF CALIFORNIA *ex*

4  *rel.* CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN

5  FRANCISCO BAY REGION; AND PEOPLE OF THE STATE OF CALIFORNIA *ex rel.*

6  STATE LANDS COMMISSION, and Defendants REGAL STONE LIMITED

7  (erroneously sued herein as REGAL STONE LTD.), FLEET MANAGEMENT LTD.,

8  SYNERGY MANAGEMENT SERVICES, and SYNERGY MARINE LIMITED

9  (erroneously sued herein as SYNERGY MARINE LTD.) ("Defendants"), by and through

10  their counsel, hereby adopt the Stipulation, attached hereto as Exhibit "A", executed in

11  the Superior Court of the State of California, County of San Francisco, (Case No. CGC-

12  09-483865), granting Defendants an extension of 90 days from March 5, 2009, to file

13  responsive pleadings to Plaintiffs' Complaint.

14

15       **IT IS SO STIPULATED AND AGREED.**

16

17

18

19

20

21

22

23

24

25

26

27

28
                                      - 1 -                          KYL_SF478118
STIPULATION OF PLAINTIFFS AND DEFENDANTS REGAL STONE LIMITED, FLEET
MANAGEMENT LTD., SYNERGY MANAGEMENT SERVICES, AND SYNERGY MARINE LIMITED TO
HONOR STIPULATION FILED IN THE STATE COURT PROCEEDING — CASE NO. CV-09-1469 SBA

1 | DATED: April 8, 2009

2

3 | JOSEPH A. WALSH II
GORDON C. YOUNG
CHRISTOPHER A. STECHER
KEESAL, YOUNG & LOGAN
4 | Attorneys for Defendants
REGAL STONE LIMITED, FLEET
MANAGEMENT LTD., SYNERGY
5 | MANAGEMENT SERVICES, SYNERGY
MARINE LIMITED

6

7

8

9

10 | DATED: April 8, 2009

11 | EDMUND G. BROWN JR.
J. MATTHEW RODRIQUEZ
MARY E. HACKENBRACHT
12 | CHRISTINA TIEDEMANN
ROBERT W. BYRNE
13 | KEVIN D. LESH
Attorneys for Plaintiffs
14 | PEOPLE OF THE STATE OF
CALIFORNIA, *EX REL.* DEPARTMENT
15 | OF FISH AND GAME; PEOPLE OF THE
STATE OF CALIFORNIA *EX REL.*
16 | CALIFORNIA REGIONAL WATER
QUALITY CONTROL BOARD, SAN
17 | FRANCISCO BAY REGION; AND
PEOPLE OF THE STATE OF
18 | CALIFORNIA *EX REL.* STATE LANDS
COMMISSION

19

20

21

22

23

24

25

26

27

28

- 2 -

KYL_SF478118

STIPULATION OF PLAINTIFFS AND DEFENDANTS REGAL STONE LIMITED, FLEET
MANAGEMENT LTD., SYNERGY MANAGEMENT SERVICES, AND SYNERGY MARINE LIMITED TO
HONOR STIPULATION FILED IN THE STATE COURT PROCEEDING — CASE NO. CV-09-1469 SBA

**EXHIBIT A**

1   JOSEPH A. WALSH II, CASB NO.143694
    joe.walsh@kyl.com
2   GORDON C. YOUNG, CASB NO.158100
    gordon.young@kyl.com
3   CHRISTOPHER A. STECHER, CASB NO. 215329
    christopher.stecher@kyl.com
4   KEESAL, YOUNG & LOGAN
    A Professional Corporation
5   450 Pacific Avenue
    San Francisco, California 94133
6   Telephone:   (415) 398-6000
    Facsimile:    (415) 981-0136
7

8   Attorneys for Defendants
    REGAL STONE LIMITED, FLEET MANAGEMENT, LTD., SYNERGY
    MANAGEMENT SERVICES, SYNERGY MARINE LIMITED
9

10           SUPERIOR COURT OF THE STATE OF CALIFORNIA

11             FOR THE COUNTY OF SAN FRANCISCO

12

13   PEOPLE OF THE STATE OF        )   Case No. CGC-09-483865
    CALIFORNIA, *ex rel.* DEPARTMENT OF ) 
14   FISH AND GAME; PEOPLE OF THE    )   *Action Filed:* January 7, 2009
    STATE OF CALIFORNIA *ex rel.*       )
15   CALIFORNIA REGIONAL WATER     )   STIPULATION OF DEFENDANTS
    QUALITY CONTROL BOARD, SAN     )   REGAL STONE LIMITED, FLEET
16   FRANCISCO BAY REGION; AND      )   MANAGEMENT, LTD., SYNERGY
    PEOPLE OF THE STATE OF         )   MANAGEMENT SERVICES, AND
17   CALIFORNIA *ex rel.* STATE LANDS   )   SYNERGY MARINE LIMITED TO
    COMMISSION,               )   ACCEPT SERVICE OF PROCESS
18                            )
                     Plaintiffs, )
19                            )
       vs.                    )
20                            )
    REGAL STONE LIMITED (erroneously   )
21   sued herein as REGAL STONE LTD.),   )
    FLEET MANAGEMENT, LTD., HANJIN )
22   SHIPPING CO. LTD.; SYNERGY      )
    MANAGEMENT SERVICES; SYNERGY )
23   MARINE LIMITED (erroneously sued   )
    herein as SYNERGY MARINE LTD.);   )
24   JOHN J. COTA, AN INDIVIDUAL; AND )
    DOES 1 THROUGH 100,          )
25                            )
                     Defendants. )
26                            )

27

28

KYL_SF475752

1  TO THE COURT AND ALL COUNSEL OF RECORD:

2          Defendants REGAL STONE LIMITED (erroneously sued herein as REGAL

3  STONE LTD.), FLEET MANAGEMENT LTD., SYNERGY MANAGEMENT SERVICES,

4  and SYNERGY MARINE LIMITED (erroneously sued herein as SYNERGY MARINE

5  LTD.) ("Defendants"), by and through their counsel, hereby agree that Defendants will

6  voluntarily accept service of Plaintiffs PEOPLE OF THE STATE OF CALIFORNIA, *ex*

7  *rel.* DEPARTMENT OF FISH AND GAME; PEOPLE OF THE STATE OF CALIFORNIA

8  *ex rel.* CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN

9  FRANCISCO BAY REGION; AND PEOPLE OF THE STATE OF CALIFORNIA *ex rel.*

10  STATE LANDS COMMISSION's ("Plaintiffs") Complaint effective today, March 5, 2009,

11  on the condition that, and in exchange for;

12          Plaintiffs agreement that Defendants be granted an extension of 90 days

13  from today's date, March 5, 2009, to file responsive pleadings to Plaintiffs' Complaint

14  herein.  Defendants otherwise hereby preserve all rights and defenses.

15

16          IT IS SO STIPULATED AND AGREED.

17

18

19

20

21

22

23

24

25

26

27

28

· 1 ·                                                    KYL_SF475752

STIPULATION OF DEFENDANTS REGAL STONE LIMITED, FLEET MANAGEMENT, LTD.,
SYNERGY MANAGEMENT SERVICES, AND SYNERGY MARINE LIMITED TO ACCEPT SERVICE OF
PROCESS — CASE NO. CGC-09-483865

1

2

3

4   DATED: March 5, 2009

5                                              JOSEPH A. WALSH II
                                               GORDON C. YOUNG
6                                              CHRISTOPHER A. STECHER
                                               KEESAL, YOUNG & LOGAN
7                                              Attorneys for Defendants
                                               REGAL STONE LIMITED, FLEET
8                                              MANAGEMENT, LTD., SYNERGY
                                               MANAGEMENT SERVICES, SYNERGY
9                                              MARINE LIMITED

10

11

12

13  DATED: March 5, 2009

14                                             EDMUND G. BROWN JR.
                                               J. MATTHEW RODRIQUEZ
15                                             MARY E. HACKENBRACHT
                                               CHRISTINA TIEDEMANN
16                                             ROBERT W. BYRNE
                                               KEVIN D. LESH
17                                             Attorneys for Plaintiffs
                                               PEOPLE OF THE STATE OF
18                                             CALIFORNIA, *EX REL.* DEPARTMENT
                                               OF FISH AND GAME; PEOPLE OF THE
19                                             STATE OF CALIFORNIA *EX REL.*
                                               CALIFORNIA REGIONAL WATER
20                                             QUALITY CONTROL BOARD, SAN
                                               FRANCISCO BAY REGION; AND
21                                             PEOPLE OF THE STATE OF
                                               CALIFORNIA *EX REL.* STATE LANDS
22                                             COMMISSION

23

24

25

26

27

28
                                    - 2 -                              KYL_SF475752

STIPULATION OF DEFENDANTS REGAL STONE LIMITED, FLEET MANAGEMENT, LTD.,
SYNERGY MANAGEMENT SERVICES, AND SYNERGY MARINE LIMITED TO ACCEPT SERVICE OF
PROCESS — CASE NO. CGC-09-483865