Erich P. Wise/State Bar No. 63219
Aleksandrs E. Drumalds/State Bar No. 237101
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
Telephone: (562) 435-2626
Facsimile: (562) 437-7555

James B. Nebel/State Bar No. 69626
Conte C. Cicala/State Bar No. 173554
FLYNN, DELICH & WISE LLP
One California Street, Suite 350
San Francisco, California
Telephone: (415) 693-5566
Facsimile: (415) 693-0410

Attorneys for Defendant
HANJIN SHIPPING CO., LTD.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA *ex rel.* DEPARTMENT OF FISH AND GAME; PEOPLE OF THE STATE OF CALIFORNIA *ex rel.* CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION; AND PEOPLE OF THE STATE OF CALIFORNIA *ex rel.* STATE LANDS COMMISSION,<br><br>Plaintiffs,<br>vs.<br><br>REGAL STONE LTD.; FLEET MANAGEMENT LTD.; HANJIN SHIPPING CO., LTD.; SYNERGY MANAGEMENT SERVICES; SYNERGY MARINE LTD.; JOHN J. COTA, AN INDIVIDUAL; AND DOES 1 THROUGH 100, | CASE NO.: 3:09-cv-01469-SC<br><br>STIPULATION OF PLAINTIFFS AND DEFENDANT HANJIN SHIPPING CO., LTD. TO EXTEND THE TIME FOR FILING AND SERVICE OF A RESPONSE TO PLAINTFF'S COMPLAINT; ORDER THEREON<br><br>[Civil Local Rule 6-1(b)] |

|   |   |
|---|---|
| 1 |   |
| 2 | Defendants. |
| 3 | _____ |

**TO THE COURT AND ALL COUNSEL OF RECORD:**

**IT IS HEREBY STIPULATED** by and between Plaintiffs PEOPLE OF THE STATE OF CALIFORNIA, ex rel. DEPARTMENT OF FISH AND GAME; PEOPLE OF THE. STATE OF CALIFORNIA ex rel. CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION; AND PEOPLE OF THE "STATE OF CALIFORNIA ex rel. STATE LANDS COMMISSION ("Plaintiffs") and Defendant HANJIN SHIPPING CO., LTD, ("Hanjin") through their respective counsel of record, that the time for Hanjin to file and serve a response to Plaintiffs' Complaint is extended.  Defendant Hanjin will file and serve its response to Plaintiffs' Complaint no later than Friday, June 12, 2009.

This stipulation is not entered into for purposes of delay, but to permit Defendant Hanjin to continue its investigation in to the allegations contained in Plaintiffs' Complaint and allow Defendant Hanjin to formulate a proper response.

///

///

///

///

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

**IT IS SO STIPULATED AND AGREED.**

Dated: April 21, 2009         FLYNN, DELICH & WISE LLP

By:   /s/ Erich P. Wise
     Erich P. Wise
     James B. Nebel
     Conte C. Cicala
     Aleksandrs E. Drumalds
     Attorneys for Defendant
     HANJIN SHIPPING CO., LTD.

Dated: April 21, 2009         ATTORNEY GENERAL OF THE STATE OF CALIFORNIA

By:   /s/ Kevin D. Lesh (as authorized on 4.10.09)
     Edmund G. Brown, Jr.
     J. Matthew Rodriquez
     Mary E. Hackenbracht
     Christiana Tiedeman
     Robert W. Byrne
     Kevin D. Lesh
     Attorneys for Plaintiffs
     PEOPLE OF THE STATE OF CALIFORNIA ex rel. DEPARTMENT OF FISH AND GAME; PEOPLE OF THE STATE OF CALIFORNIA ex rel. CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, SAN FRANCISCO BAY REGION; AND PEOPLE OF THE STATE OF CALIFORNIA ex rel. STATE LANDS COMMISSION

STIPULATION OF PLAINTIFFS AND DEFENDANT HANJIN SHIPPING CO., LTD. TO EXTEND THE TIME FOR FILING AND SERVICE OF A RESPONSE TO PLAINTFF'S COMPLAINT; ORDER THEREON

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

**O R D E R**

Based on the foregoing Stipulation, IT IS HEREBY ORDERED that the time for Defendant Hanjin to file and serve a response to Plaintiffs' Complaint is extended.  Defendant is ordered to file and serve its response to Plaintiffs' Complaint no later than Friday, June 12, 2009.

**IT IS SO ORDERED.**

Dated: April 21, 2009



HON. SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

**FLYNN, DELICH & WISE LLP**
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

STIPULATION OF PLAINTIFFS AND DEFENDANT HANJIN SHIPPING CO., LTD. TO EXTEND THE TIME FOR FILING AND SERVICE OF A RESPONSE TO PLAINTFF'S COMPLAINT; ORDER THEREON