PAGES 1-34

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE SAMUEL CONTI, JUDGE

RUSSO, ET AL.,

        PLAINTIFFS,

                         NO. 07-05800 SC

VS.

REGAL STONE, LTD., ET AL.,

        DEFENDANTS.

_____

U.S.A. ET AL.,

        PLAINTIFFS,

VS.                           C-07-6045 SC

THE SHIPOWNERS' INSURANCE &
GUARANTY CO. LTD., ET AL.,

        DEFENDANTS.
-----------------------------------------------------------------

THE CONTINENTAL
INSURANCE COMPANY,

        PLAINTIFFS,

VS.                                C-08-2052 SC

REGAL STONE, LIMITED,
ET AL.,

        DEFENDANTS.

-------------------------------------------------------------------

THE PEOPLE OF THE
STATE OF CALIFORNIA,
ACTING BY AND THROUGH
THE DEPARTMENT OF
TRANSPORTATION,

        PLAINTIFFS,

VS.                                C-08-2268  SC

REGAL STONE, LIMITED,
ET AL.,

        DEFENDANTS.

-------------------------------------------------------------

REGAL STONE LIMITED,

     PLAINTIFFS,

VS.                                  C-08-5096  SC

ALAN SMOOT, ET AL.,

    DEFENDANTS.

-----------------------------------------------------------------

REGAL STONE LIMITED,
ET AL.,

     PLAINTIFFS,

VS.                                  C-08-5098  SC

JOHN COTA, ET AL.,

    DEFENDANTS.

-----------------------------------------------------------------

THE PEOPLE OF THE
STATE OF CALIFORNIA,
DEPARTMENT OF FISH
AND GAME, ET AL.,

      PLAINTIFFS,

VS.                                        C-09-1469   SC

REGAL STONE LIMITED,
ET AL.,

     DEFENDANTS.

----------------------------------------------------------------

                         SAN FRANCISCO, CALIFORNIA

                         SEPTEMBER 25, 2009

**AMENDED  TRANSCRIPT  OF  PROCEEDINGS**

      (APPEARANCES BEGIN AT THE FOLLOWING PAGE.)

APPEARANCES:

FOR:

UNITED STATES
DEPARTMENT OF
JUSTICE,
TORTS BRANCH,
CIVIL DIVISION,

       BY:

          R. MICHAEL UNDERHILL, ESQUIRE
          ATTORNEY IN CHARGE,
          WEST COAST OFFICE
          7TH FLOOR, ROOM 5395
          450 GOLDEN GATE AVENUE
          POST OFFICE BOX 36028
          SAN FRANCISCO, CALIFORNIA 94102-3463

          T: (415) 436-6648
          FACSIMILE: (415) 436-6632
          BLACKBERRY: (202) 598-3936
          E-MAIL: MIKE.UNDERHILL@USDOJ.GOV

FOR:

UNITED STATES
DEPARTMENT
OF JUSTICE,
ENVIRONMENT &
NATURAL RESOURCES
DIVISION

       BY:

          BRADLEY R. O'BRIEN, ESQUIRE
          SENIOR ATTORNEY
          301 HOWARD STREET, SUITE 1050
          SAN FRANCISCO, CALIFORNIA 94105

          T: (415) 744-6484
          FACSIMILE: (415) 744-6476
          E-MAIL: BRAD.O'BRIEN@USDOJ.GOV

(APPEARANCES CONTINUED ON THE FOLLOWING PAGE)

(APPEARANCES CONTINUED FROM THE PRECEEDING PAGE)

FOR:

STATE OF CALIFORNIA
BOARD PILOT COMMISSION

BY:

JEFFREY R. VINCENT, ESQUIRE
DEPUTY ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
ATTORNEY GENERAL'S OFFICE
POST OFFICE BOX 70550
OAKLAND, CALIFORNIA 94612

T: (510) 622-2127
FACSIMILE: (510) 622-2270
E-MAIL: JEFFREY.VINCENT@USDOJ.CA.GOV

FOR:

STATE OF CALIFORNIA
DEPARTMENT OF
JUSTICE

BY:

JUDITH J. LOACH, DEPUTY ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CALIFORNIA 94102-5604

T: (415) 703-5604
FACSIMILE: (415) 703-4580
E-MAIL: JUDITH.LOACH@DOJ.CA.GOV

(APPEARANCES CONTINUED ON THE FOLLOWING PAGE)

(APPEARANCES CONTINUED FROM THE PRECEEDING PAGE)


FOR:

STAE OF CALIFORNIA
DEPARTMENT OF
TRANSPORTATION

        BY:

           PATRICK PETERSEN, DEPUTY ATTORNEY
           DEPARTMENT OF TRANSPORTATION
           LEGAL DIVISION
           595 MARKET STREET, SUITE 1700
           SAN FRANCISCO, CALIFORNIA 94105


           T: (415) 904-5700
           8-539-5700 CALNET
           FACSIMILE: (415) 904-2333
           E-MAIL: PATRICK_PETERSEN@DOT.CA.GOV



FOR:

STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE

        BY:

           SUSAN A. AUSTIN, DEPUTY ATTORNEY GENERAL, &
           KEVIN LESH, ATTORNEY AT LAW
           ATTORNEY GENERAL'S OFFICE
           1515 CLAY STREET, 20TH FLOOR
           POST OFFICE BOX 70550
           OAKLAND, CALIFORNIA 94612-0550


           T: (510) 622-2139
           FACSIMILE: (510) 622-2270
           E-MAIL: SUSAN.AUSTIN@DOJ.CA.GOV


(APPEARANCES CONTINUED ON THE FOLLOWING PAGE)

(APPEARANCES CONTINUED FROM THE PRECEEDING PAGE)

FOR:

DOCTOR
ALAN SMOOT,

        BY:

                FLETCHER C. ALFORD, ATTORNEY AT LAW
                GORDON & REES, LLP
                EMBARCADERO CENTER WEST
                275 BATTERY STREET, SUITE 2000
                SAN FRANCISCO, CALIFORNIA 94111

                T: (415) 986-5900
                FACSIMILE: (415) 986-8054
                E-MAIL: FALFORD@GORDONREES.COM

FOR:

SAN FRANCISCO BAR PILOTS,
CAPTAIN MC ISSAC AND
CAPTAIN NYBORG

        BY:

                FORREST BOOTH, ATTORNEY AT LAW
                SEVERSON & WERSON, P.C.
                ONE EMBARCADERO CENTER, 26TH FLOOR
                SAN FRANCISCO, CALIFORNIA 94111

                T: (415) 398-3344
                D: (415) 677-5535
                FACSIMILE: (415) 956-0439
                E-MAIL: FB@SEVERSON.COM
                E-MAIL: WWW.SEVERSON.COM

(APPEARANCES CONTINUED ON THE FOLLOWING PAGE)

(APPEARANCES CONTINUED FROM THE PRECEEDING PAGE)

FOR:

HANJIN SHIPPING
COMPANY, LIMITED

                BY:

                        CONTE C. CICALA, ATTORNEY AT LAW
                        FLYNN, DELICH & WISE
                        ONE CALIFORNIA STREET, SUITE 350
                        SAN FRANCISCO, CALIFORNIA 94111

                        T: (415) 693-5566
                        D: (415) 693-5562
                        FACSIMILE: (415) 693-0410
                        E-MAIL: CONTE@FDW -LAW.COM

FOR:

CAPTAIN JOHN COTA,

                BY:

                        WALTER G. COPPENRATH, JR., ATTORNEY AT LAW
                        COPPENRATH & ASSOCIATES
                        400 OCEANGATE, SUITE 700
                        LONG BEACH, CALIFORNIA 90802

                        T: (562) 216-2948
                        FACSIMILE & VOICE MAIL: (562) 252-1136
                        E-MAIL: WALTLAAOL.COM

(APPEARANCES CONTINUED ON THE FOLLOWING PAGE)

(APPEARANCES CONTINUED FROM THE PRECEEDING PAGE)

FOR:

DOCTOR
CHARLES COLNA,

BY:

SONJA M. DAHL,  ATTORNEY AT LAW
DONNELLY NELSON DEPOLO & MURRAY, P.C.
SHADELANDS POINT
 2401 SHADELANDS DRIVE, SUITE 120
WALNUT CREEK, CALIFORNIA 94598-2493

T: (925) 287-8181
FACSIMILE: (925) 287-8188
E-MAIL: SDAHL@DNDMLAWYERS.COM

FOR:

NORTHERN  ALLIANCE
INSURANCE COMPANY

BY:

MARC J. DEREWETZKY, ATTORNEY AT LAW
MORISON ANSA HOLDEN ASSUNCAO & PROUGH, LLP
1550 PARKSIDE DRIVE, THIRD FLOOR
WALNUT CREEK, CALIFORNIA 94596

T: (925) 937-9990
FACSIMILE: (925) 937-3272
E-MAIL: MARC.DEREWETZKY@MORISONANSA.COM

(APPEARANCES CONTINUED ON THE FOLLOWING PAGE)

(APPEARANCES CONTINUED FROM THE PRECEEDING PAGE)

FOR:

CONTINENTAL ACTION,
AND THE PILOTS

BY:

R. SCOTT ERLEWINE, ATTORNEY AT LAW
PHILLIPS, ERLEWINE & GIVEN, LLP
50 CALIFORNIA STREET, 35TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111

T: (415) 398-0900
FACSIMILE: (415) 398-0911
E-MAIL: WWW.PHILLAW.COM

FOR:

CAPTIAN
JOHN COTA

BY:

DONALD S. HONIGMAN, ATTORNEY AT LAW, &
KENT ROBERTS, ATTORNEY AT LAW
REID, AXELROD, MC CORMACK & GRIFFIS, P.C.
1018 E STREET
SAN RAFAEL, CALIFORNIA 94901

T: (415) 451-3300
FACSIMILE: (415) 451-3307
E-MAIL: DSH@RARMLAW.COM
WWW.RARMLAW.COM

(APPEARANCES CONTINUED ON THE FOLLOWING PAGE)

(APPEARANCES CONTINUED FROM THE PRECEEDING PAGE)

FOR:

CAPTAIN
JOHN COTA

BY:

GEORGE M. JONES, ATTORNEY AT LAW
COPPENRATH & ASSOCIATES
400 OCEANGATE, SUITE 700
LONG BEACH, CALIFORNIA 90802

T: (562) 216-2948
FACSIMILE & VOICE MAIL: (562) 252-1136
E-MAIL: GJONES@COPPENRATHLAW.COM

FOR:

ALLEN LORETZ,

BY:

ADEL A. NADJI, ESQUIRE
AUDET & PARTNERS, LLP
221 MAIN STREET, SUITE 1460
SAN FRANCISCO, CALIFORNIA 94105

T: (415) 568-2555
FACSIMILE: (415) 568-2556
E-MAIL: ANADJI@AUDETLAW.COM
WWW.AUDETLAW.COM

(APPEARANCES CONTINUED ON THE FOLLOWING PAGE)

(APPEARANCES CONTINUED FROM THE PRECEEDING PAGE)

FOR:

CAPTAIN
JOHN COTA,

BY:
CLAUDIA QUIROZ, ATTORNEY AT LAW
K & L GATES, LLP
FOUR EMBARCADERO CENTER, SUITE 1200
.  SAN FRANCISCO, CALIFORNIA 94111

T: (415) 882-8200
D: (415) 882-8043
FACSIMILE: (415) 882-8220
E-MAIL: CLAUDIA.QUIROZ@KLGATES.COM
WWW.KLGATES.COM

FOR:

CONTINENTIAL
INSURANCE
COMPANY,

BY:
SAMUEL H. RUBY, ATTORNEY AT LAW
BULLIVANT HOUSER BAILEY, P.C.
601 CALIFORNIA STREET, SUITE 1800
SAN FRANCISCO, CALIFORNIA 94108-2823

T: (415) 352-2700
D: (415) 352-2723
FACSIMILE: (415) 352-2701
800-654-8972
E-MAIL: SAMUEL.RUBY@BULLIVANT.COM

(APPEARANCES CONTINUED ON THE FOLLOWING PAGE)

CATHERINE L. EDWARDS, CSR
(510) 886-2427

(APPEARANCES CONTINUED FROM THE PRECEEDING PAGE)

FOR:

REGAL STONE
LIMITED,
AND
FLEET MANAGEMENT
LIMITED,

       BY:

             JOSEPH A. WALSH, II, ATTORNEY AT LAW
             KEESAL, YOUNG & LOGAN, P.C.
             400 OCEANGATE
             POST OFFICE BOX 1730
             LONG BEACH, CALIFORNIA 90801-1730

             T: (562) 436-2000
             CELL: (310) 650-1242
             FACSIMILE: (562) 436-7416
             E-MAIL: JOE.WALSH@KYL.COM
             WWW.KYL.COM

                 < - < - <   O O O   > - > - >

```
1    UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

2    THE HONORABLE SAMUEL CONTI, JUDGE, PRESIDING

3    COURTROOM 1, 17TH FLOOR

4    COURTROOM DEPUTY-CLERK:  MISS TERESA DE MARTINI

5    FRIDAY, SEPTEMBER 25, 2009

6    10:00:  A.M.

7    RUSSO, ET AL., VS REGAL STONE, LTD., ET AL.,

8    CV 07-05800;  08-2052;  08-5096;  08-5098;  09-1469

9    STATUS CONFERNCE IN CONSOLIDATED AND RELATED CASES.

10   (THE JUDGE IS ON THE BENCH.)

11            THE CLERK:  CONSOLIDATED AND RELATED CASES, CIVIL

12   NUMBERS  07-5800; 08-2052; 08-5096; 08-5098; 09-1469.  THE COSCO

13   BUSON CASES.

14            COUNSEL, PLEASE STATE YOUR APPEARANCE.

15            MR. WALSH:  GOOD MORNING, YOUR HONOR.  JOE WALSH FOR

16   KEESAL, YOUNG & LOGAN ON BEHALF OF  REGAL STONE LIMITED, AND

17   FLEET MANAGEMENT, LTD.

18            MR. NADJI:  GOOD MORNING, YOUR HONOR.  ADEL NADJI,

19   WITH AUDET & PARTNERS, LLP, ON BEHALF OF CLASS ACTION

20   PLAINTIFFS.

21            MR. RUBY:  GOOD MORNING, YOUR HONOR. SAM RUBY;

22   BULLIVANT, HOUSER, BAILEY, FOR THE CONTINENTAL INSURANCE

23   COMPANY.

24            MISS LOACH:  GOOD MORNING, YOUR HONOR. JUDITH LOACH ON

25   BEHALF OF THE BOARD OF PILOT COMMISSIONERS.
```

```
 1              MISS DAHL:  GOOD MORNING, YOUR HONOR.  SONJA DAHL ON
 2  BEHALF OF CHARLES CALZA, M.D.
 3              MR. VINCENT:  JEFF VINCENT ON BEHALF OF THE SATE OF
 4  CALIFORNIA BOARD OF PILOT COMMISSIONERS.
 5              MR. BOOTH:  GOOD MORNING, YOUR HONOR.  FORREST BOOTH
 6  ON BEHALF OF THE SAN FRANCISCO BAR PILOTS, CAPTAIN MC ISAAC AND
 7  CAPTAIN NYBORG.
 8              MR. ERLEWINE:  GOOD MORNING, YOUR HONOR.  RANDY
 9  ERLEWINE ON BEHALF OF THE PILOTS AND CONTINENTAL ACTION.
10              MR. DEREWETZKY:  GOOD MORNING, YOUR HONOR.  MARC
11  DEREWETZKY ON BEHALF OF NORTHERN ALLIANCE INSURANCE COMPANY IN
12  THE CONTINENTAL MATTER.
13              MR. CICALA:  GOOD MORNING, YOUR HONOR.  CONTE CICALA ON
14  BEHALF OF HANJIN SHIPPING COMPANY LIMITED.
15              MR. HONIGMAN:  GOOD MORNING, YOUR HONOR.  DONALD
16  HONIGMAN APPEARING FOR CAPTAIN COTA, IN CASE 5098.
17              AND I WOULD LIKE TO INTRODUCE COUNSEL KENT ROBERTS,
18  WHO ALSO REPRESENTS CAPTAIN COTA.
19              MR. ROBERTS:  GOOD MORNING, YOUR HONOR.
20              MR. UNDERHILL:  GOOD MORNING, YOUR HONOR, MIKE
21  UNDERHILL FOR THE UNITED STATES.
22              MR. O'BRIEN:  GOOD MORNING, YOUR HONOR.  BRADLEY
23  O'BRIEN ON BEHALF OF THE UNITED STATES.
24              MISS AUSTIN:  GOOD MORNING, YOUR HONOR.  SUSAN AUSTIN,
25  AND THIS IS KEVIN LESH.  AND WE BOTH REPRESENT THE CALIFORNIA
```

```
 1    DEPARTMENT OF FISH AND GAME, THE STATE LANDS COMMISSION.

 2         MISS QUIROZ: GOOD MORNING, YOUR HONOR. CLAUDIA

 3    QAUIROZ ON BEHALF OF CAPTAIN JOHN COTA.

 4         MR. ALFORD: GOOD MORNING, YOUR HONOR. FLETCHER ALFORD

 5    FOR DOCTOR SMOOT.

 6         MR. COPPENRATH: GOOD MORNING, YOUR HONOR. WALTER

 7    COPPENRATH FOR CAPTAIN COTA.

 8         MR. JONES: GOOD MORNING, YOUR HONOR. GEORGE JONES ON

 9    BEHALF OF CAPTAIN COTA.

10         MR. ETCHEVERS: GOOD MORNING, YOUR HONOR. JOHN

11    ETCHEVERS ON BEHALF OF DEFENDANTS BELOGORSKY, TUCHER AND NORTH

12    BAY SLEEP MEDICINE INSTITUTE.

13         MR. ATTORNEY: GOOD MORNING, YOUR HONOR. FOR CAPTAINS

14    NYBORG AND MC ISAAC, AND THE SAN FRANCISCO BAR PILOTS.

15         MR. PETERSEN: GOOD MORNING, YOUR HONOR. PATRICK

16    PETERSEN ON BEHALF OF THE STATE OF CALIFORNIA DEPARTMENT OF

17    TRANSPORTATION.

18              < - < - <   O O O   > - > - >

19         THE COURT: ALL RIGHT, GENTLEMEN, YOU MAY SIT DOWN IF

20    YOU LIKE; AND LADIES, YOU MAY SIT DOWN IF YOU LIKE.

21         I THINK I WILL GO OVER EACH ONE OF THESE CASES THAT WE

22    HAVE HERE, LISTED HERE, SEVEN CASES; SEVEN DIFFERENT TRIALS

23    EXCEPT U.S. VERSUS COSCO AND THE CALIFORNIA DEPARTMENT OF

24    TRANSPORTATION, AND THE CALIFORNIA DEPARTMENT OF FISH AND GAME,

25    APPARENTLY ARE AGREEING TO CONSOLIDATE CASES FOR TRIAL.
```

1             IS THAT CORRECT?

2             MR. O'BRIEN:  THAT'S CORRECT, YOUR HONOR.  I'M SORRY,

3    BRADLEY O'BRIEN ON BEHALF OF THE UNITED STATES.

4             THE COURT:  THEN WE HAVE LORETZ CONTINENTAL INSURANCE

5    VS. COTA.  AND REGAL STONE VS. COTA.  AND REGAL STONE AND FLEET

6    VS. DR. SMOOT.

7             WHAT IS THE STATUS OF THAT?

8             HE HAS BEEN SENTENCED, APPARENTLY AND ALSO HE IS

9    CONCERNED, I UNDERSTAND WITH HIS FIFTH AMENDMENT RIGHTS BECAUSE

10   OF POTENTIAL OTHER CRIMINAL ACTION THAT MAY OR MAY NOT BE FILED

11   AGAINST HIM.

12            THEREFORE HE IS GOING TO EXERCISE THAT UNTIL THE

13   STATUTE OF LIMITATIONS THERE RUNS OUT, WHICH IS IN THE NOT TOO

14   FAR DISTANT FUTURE.

15            IS THAT CORRECT?

16            MR. COPPENRATH:  YOUR HONOR, WALTER COPPENRATH FOR

17   CAPTAIN COTA.  THAT IS CORRECT.

18            THE STATUS IS HE WILL MOST LIKELY REPORT FOR HIS

19   INCARCERATION, TEN-MONTH PERIOD, ON OCTOBER 19TH, I BELIEVE.

20            WE DO HAVE THOSE FIFTH AMENDMENT CONCERNS, AS WELL AS

21   FIFTH AMENDMENT DUE PROCESS CONCERNS AND HIS RIGHT TO ATTEND, AT

22   LEAST CERTAIN KEY DEPOSITIONS THAT WOULD REQUIRE HIS PRESENCE TO

23   ASSIST US.

24            THE COURT:  WELL IS HE WILLING TO TAKE THE DEPOSITIONS

25   OF MATTERS THAT DON'T -- THAT WOULDN'T PERTAIN TO THE CRIMINAL

1 ASPECT OF IT?

2          MR. COPPENRATH:  WELL, AS OF THE --

3          THE COURT:  HAS HE TAKEN ANY DEPOSITIONS AT ALL?

4          MR. COPPENRATH:  NO.  WE ARE NOT TAKING THAT POSITION

5 AT ALL.  WE ARE GOING TO TRY TO BE AS REASONABLE AS WE POSSIBLY

6 CAN.

7          THERE ARE CERTAIN KEY DEPOSITIONS OF THE CREW MEMBERS

8 WHO WERE ON THE BRIDGE WITH HIM AT THE TIME OF THE COLLISION.

9          WE CERTAINLY WANT HIM TO BE PRESENT WHEN THEY ARE

10 DEPOSED.  BUT THERE MAYBE PERIPHERAL PLAYERS AND SOME THIRD

11 PARTIES WHO, IN ALL FAIRNESS, DON'T REALLY REQUIRE HIS PRESENCE.

12 WE WILL BE AS FLEXIBLE AS WE CAN BE ON THIS.

13          THE COURT:  WELL, ALL RIGHT. DOES ANYBODY HAVE ANY

14 SUGGESTIONS ON WHAT WE ARE DO WITH ALL THESE CASES?

15          I AM CERTAINLY NOT GOING TO TRY THEM,  THE THREE

16 CONSOLIDATED; AND THEN LORETZ SEPARATELY; AND THEN CONTINENTIAL

17 VERSUS COTA SEPARATELY; AND REGAL STONE SEPARATELY; AND REGAL

18 STONE AND FLEET VERSUS DOCTOR SMOOT.

19          WHEN WE ARE TALKING ABOUT DR. SMOOT, I SUGGEST

20 SOMEBODY TAKE HIS DEPOSITION BECAUSE HE WANTS AN EXPEDITED

21 TRIAL.  BUT I DON'T THINK IT IS GOING TO BE THAT EXPEDITED.

22          I THINK WHEN YOU TAKE HIS DEPOSITION YOU CAN PRESERVE

23 THAT TESTIMONY.

24          SO, I WOULD SUGGEST THAT THE ATTORNEYS ON LORETZ --

25 WELL, NOW LORETZ, THAT IS A CRAFT FISHERMAN THAT,  AS I GATHER,

1    THERE NOTHING PENDING IN THIS CASE.

2         THE NEXT ISSUE IS CLASS CERTIFICATION AFTER THE

3    SERVICE IS COMPLETED.

4         IS THAT CORRECT?

5         MR. WALSH:  JOE WALSH FOR REGAL STONE AND FLEET, YOUR

6    HONOR.

7         I THINK THAT IS CORRECT.  AND I WILL HAVE MR. IDEL

8    ADDRESS THAT AT SOME TIME.

9         WITHOUT GETTING AHEAD OF OURSELVES, YOUR HONOR, THE

10   PARTIES HAVE BEEN TALKING.  AND THE NEXT THING YOU MAY ACTUALLY

11   HAVE, THERE MAY BE A MOTION FOR AWARD OF ATTORNEYS FEES.

12        THE COURT:  AWARD OF WHAT?

13        MR. WALSH:  A MOTION TO APPROVE A SETTLEMENT AND A

14   MOTION FOR AWARD OF ATTORNEYS' FEES.

15        THAT IS IN THE MAKING, YOUR HONOR.  I DON'T WANT TO

16   GET TOO FAR AHEAD OF MYSELF HERE.

17        THE COURT:  WHAT DO YOU WANT TO DO; DO YOU WANT A

18   FURTHER STATUS ON THAT?

19        MR. O'BRIEN:  I THINK THAT WOULD BE A GOOD IDEA.

20        THE COURT:  WHEN?

21        MR. O'BRIEN:  I THINK PROBABLY NOVEMBER?

22        THE COURT:  NOVEMBER.  WOULD THAT BE A GOOD DATE?

23        MR. WALSH:  I THINK THAT IS GOING TO BE A LITTLE

24   EARLY.  I WOULD THE SAY DECEMBER,  IF I CAN.

25        THE COURT:  DID YOU SAY DECEMBER?

1          MR. WALSH: DECEMBER, YES, SIR.

2          MR. OBRIEN: DECEMBER, THAT'S FINE.

3          THE CLERK: DECEMBER 4TH OR 18TH.

4          THE COURT: FOUR-THIRTY (4:30) IN CHAMBERS. TAKE YOUR

5   PICK.

6          MR. WALSH: EIGHTEENTH (18TH).

7          THE COURT: OKAY, DECEMBER THE 18TH, STATUS ON THAT

8   ONE.   OKAY.   THAT IS FOR YOU TO JUST TELL ME HOW YOU ARE COMING

9   OUT WITH THE SETTLEMENT, RIGHT?

10         MR. WALSH: CORRECT.

11         MR. O'BRIEN: YES.

12         THE COURT: YOU ARE NOT GOING TO FILE ANY MOTIONS?

13         MR. WALSH: THE ONLY MOTION THAT MAY BE FILED, YOUR

14  HONOR, WOULD BE JUST THE MOTION TO APPROVE THE SETTLEMENT.

15         THE COURT: THAT I WOULD APPROVE.

16         MR. O'BRIEN: I FIGURED AS MUCH.

17         THE COURT: THANK YOU.

18         MR. O'BRIEN: YOUR HONOR, YOU ASKED ANOTHER QUESTION

19  ABOUT THE OTHER CASES. AND I THINK SINCE I AM APPARENTLY A

20  COMMON DENOMINATOR IN SOME OF THESE OTHER CASES, REGAL STONE,

21  AND FLEET, I WOULD SUGGEST THAT AT SOME POINT IN TIME REGAL

22  STONE AND FLEET WOULD FILE A MOTION TO CONSOLIDATE ALL OF THESE

23  CASES FOR TRIAL PURPOSES. BUT ONLY AFTER THAT DISCOVERY HAS NOT

24  BEEN OPENED AND CONDUCTED TO A CERTAIN POINT WHERE WE CAN SEE

25  WHERE THERE ARE COMMON ISSUES AND WHERE IT MAKES ECONOMIC SENSE

1  TO HAVE THOSE CASES CONSOLIDATED.

2  THE COURT: WELL, THE REASON I ASK EVERYBODY HERE

3  ABOUT THE MOTIONS BECAUSE, YOU KNOW, I TEND TO HAVE LESS THAN

4  THIRTY-FOUR LAWYERS ON THIS, AND SEVEN VARIOUS CASES.

5  AND THERE IS THIRTY-FOUR OF YOU AND ONLY THREE OF ME.

6  AND SO, I THINK I'M OUT NUMBERED.

7  SO, WHEN I'M OUT NUMBERED I NEED SOME ASSISTANCE, AND

8  THAT MIGHT BE A SPECIAL MASTER.

9  AND SO IF I START GETTING A LOT OF MOTIONS IN, I AM

10  GOING TO CALL YOU IN AND EITHER YOU ALL AGREE TO A SPECIAL

11  MASTER OR I WILL APPOINT ONE FOR YOU.

12  UP TO A POINT I HANDLE IT, BUT OTHER THAN THAT, I

13  CAN'T HANDLE A FLOOD.

14  SO, THAT IS SOMETHING TO THINK ABOUT WHEN YOU THINK OF

15  FILING A MOTION.

16  OKAY, FINE. WELL, THEN I WILL SEE YOU IN DECEMBER.

17  MR. WALSH: OKAY, YOUR HONOR.

18  MR. O'BRIEN: THANK YOU, YOUR HONOR.

19  < - < - <   0 0 0   > - > - >

20  THE COURT: ALL RIGHT. NOW, THE NEXT IS CONTINENTAL.

21  CONTINENTAL VERSUS REGAL STONE.

22  WHAT IS THE STATUS ON THAT? THERE WAS ONE I POSTED AN

23  ORDER ON; YOU GOT THAT.

24  OKAY, WHAT IS THE NEXT ONE? WHAT ELSE HAVE YOU GOT?

25  MR. WALSH: YOUR HONOR, THIS IS JOE WALSH AGAIN ON

1   BEHALF OF BEHALF OF REGAL STONE AND FLEET.

2          THE COURT HAD ISSUED AN ORDER THIS PAST WEEK.  THE

3   PARTIES ARE TRYING TO SCHEDULE AND, IN FACT, ARE SERVING

4   DISCOVERY AS THE COURT INSTRUCTED.

5          YOU RESET THE HEARING FOR DECEMBER 18TH ON THAT

6   MATTER.

7          THE COURT:  ARE YOU IN AGREEMENT?

8          MR. RUBY:  THAT'S CORRECT, YOUR HONOR.

9          THE COURT:  OKAY, FINE.  SEE YOU THEN.

10          MR. WALSH: YOUR HONOR,IF I COULD JUST GO REAL QUICK?

11          YOUR HONOR THERE ARE SOME OF THE PARTIES THAT ARE NOT

12   NECESSARILY RELATED TO THE MOTION FOR THE SUMMARY JUDGMENT THAT

13   HAVE EXPRESSED SOME CONCERN ABOUT THEIR ABILITY TO CONDUCT OR

14   PARTICIPATE IN THIS DISCOVERY.

15          I READ, I BELIEVE COUNSEL HAVE PROBABLY READ, YOUR

16   ORDER TO BE LIMITED STRICTLY TO THE ISSUE WITH WHETHER OR NOT

17   THE PILOTS WERE HIRED BY HANJIN FLEET OR REGAL STONE.

18          AND I WOULD PROPOSE THEN THAT TO THE EXTENT THAT THE

19   DISCOVERY IS CONDUCTED, IT WOULD BE LIMITED TO THOSE ISSUES.

20          AND ALL OF THE OTHER PARTIES WOULD BE ABLE TO

21   PARTICIPATE IN A FURTHER ROUND OF DISCOVERY WHEN WE GET TO THE

22   OTHER ISSUES IN THE CASE.

23          THE COURT:  ANY OBJCTIONS TO THAT?

24          MR. RUBY:  NONE BY CONTINENTAL, YOUR HONOR.

25          MR. BOOTH:  I WOULD LIKE TO BE HEARD, YOUR HONOR.

1   FORREST BOOTH, ON BEHALF OF THE BAR PILOTS, CAPTAIN NYBORG,
2   CAPTAIN MC ISAAC.

3         THAT RAISES AN ISSUE THAT I WOULD LIKE TO BRING UP
4   WITH THE COURT.

5         WE ARE IN THE REGAL STONE VERSUS COTA CASE.  THE
6   COURT, SOME TIME AGO, ISSUED AN ORDER TAKING OUR MOTION FOR
7   SUMMARY ADJUDICATION TO DISMISS OFF, BECAUSE OF THE FILING OF
8   THE FIRST AMENDED COMPLAINT.

9         BUT THE LEGISLATURE IN PASSING SECTION 1198 OF THE
10  HARBOR NAVIGATION CODE WAS REALLY ADDRESSING A DEFENSE AVAILABLE
11  TO THE PILOTS.

12        SO, THAT ISSUE WILL AGAIN BE TEE'D UP.  AND THE COURT
13  GAVE US A DECEMBER 4TH DATE FOR THAT HEARING.

14        I WOULD LIKE TO ASK THE COURT FOR TWO THINGS.  FIRST,
15  I WOULD LIKE TO ASK TO MOVE THE DECEMBER 4TH DATE TO THE
16  DECEMBER 18TH DATE, SO THAT THIS ISSUE WILL BE BRIEFED CALMLY BY
17  ALL PARTIES.

18              THE COURT:  GRANTED.

19              MR. BOOTH:  AND SECOND, I WOULD LIKE, AT LEAST FOR THE
20  BAR PILOTS, CAPTAINS MC ISAAC AND NYABORG, TO ALSO BE ABLE TO
21  PARTICIPATE IN THIS DISCOVERY WHICH MR. WALSH WANTS TO DO
22  BECAUSE THAT GOES TO THE THE 1198 ISSUE,  WHICH IS CENTRAL TO
23  OUR MOTION.

24              THE COURT:  ANY OBJECTION?
25              MR. WALSH:  THE ONLY OBJECTION -- NO, YOUR HONOR; ON

1   THE 18TH IS FINE.

2           THE COURT:  ALL RIGHT.

3           MR. WALSH:  THE ONLY OBJECTION I HAVE, I SUPPOSE, IS A

4   12 B 6 MOTION WHERE DISCOVERY TURNS INTO A SUMMARY JUDGMENT

5   MOTION; HAPPY TO HAVE IT ALL HEARD AT THE SAME TIME.

6           THE COURT:  OH, YES.  IF IT TURNS OUT OTHERWISE, THEN

7   WE CAN JUST CONTINUE THE DATE AND HEAR IT ON ANOTHER DATE.

8           MR. ERLEWINE:  RANDY ERLEWINE FOR THE PILOTS.

9           IN YOUR ORDER YOU ISSUED WITH RESPECT TO THE HANJIN

10  MATTER, YOU INDICATED THAT THERE COULD BE SUPPLEMENTAL BRIEFING

11  BY THE OTHER PARTIES, CONTINENTAL AND COTA.

12          THE PILOT WOULD ALSO LIKE THE OPPORTUNITY WITHDRAWING

13  INTO THOSE MOTIONS FOR SUMMARY JUDGEMENT.  AND WE WOULD LIKE THE

14  OPPORTUNITY TO BRIEF AS WELL AS THE OTHER TWO PARTIES.

15          THE COURT:  ALL RIGHT, FINE

16          MR. RUBY:  YOUR HONOR, AGAIN THE ONLY THING I NEED TO

17  SAY ON THAT IS IF MR. ERLEWINE WANTS TO COMBINE HIS BRIEFING

18  WITH CAPTAIN COTA, I KNOW THE COURT WAS CONCERNED ABOUT HAVING

19  TOO MUCH PAPER, AND LIMITED EACH OF THE PARTIES TEN PAGES.  AND

20  YOU GAVE REGAL STONE  AND FLEET AN OPPORTUNITY TO RESPOND IN

21  TWENTY PAGES.

22          THE COURT:  YES.  I THINK YOU CAN WORK OUT THE

23  SCHEDULE AMONG YOURSEVES - -

24          MR. RUBY:  OKAY.

25          THE COURT:  - -THE BRIEFING, THE REPLIES AND THE SUR

1   REPLIES.

2           MR. RUBY:  YES.

3           THE COURT:  NOW, ANYTHING ELSE?

4           < - < - <   O O O   > - > - >

5           THE COURT:  HOW ABOUT -- WELL, WHAT HAVE YOU GOT HERE?

6   REGAL STONE VERSUS DOCTOR SMOOT.

7           ANYTHING ON THAT, OTHER THAN THE REGULAR SCHEDULE?

8   AS A MATTER OF FACT, I READ YOUR SCHEDULE AND YOUR CONTEMPLATED

9   TRIAL.  I DON'T THINK THE TRIAL IS GOING TO BE ON THAT DATE.

10          BUT, IS THERE ANY CHANCE OF SETTLING THAT AT ALL?

11          MR. ALFORD:  YOUR HONOR, FLETCHER ALFORD FOR DOCTOR

12  SMOOT.

13          I THINK IT IS PREMATURE TO THINK ABOUT SETTLEMENT YET.

14  WE ARE CERTAINLY OPEN TO IT, BUT WE HAVEN'T DONE ANY DISCOVERY

15  YET; THE CASE IS REALLY IN ITS INFANCY.

16          THERE IS ONE ITEM ON THE COURT'S CALENDAR ON THAT

17  CASE, WHICH IS THE QUESTION OF CONSOLIDATION FOR PRETRIAL

18  PURPOSES.  FOR DOCTOR SMOOT, WE DO OPPOSE THAT

19          AS YOUR HONOR INDICATEED, HE IS QUITE ELDERLY; HE IS

20  IN VERY ILL HEALTH.

21          THE SCHEDULE THAT IS CONTEMPLATED BY THE CONSOLIDATED

22  MATTERS IS VERY DIFFERENT THAN THE SCHEDULE WE WOULD HOPE FOR.

23          ALSO THERE SEEMS TO BE VERY LITTLE IN COMMON BETWEEN

24  THOSE DISCRETE, WHAT ARE REALLY MEDICAL MALPRACTICE CASES THAN

25  THE REST OF THESE CASES THAT ARE HERE BEFORE THE COURT.

1  THEY ARE REALLY DISCRETE ISSUES IN THAT CASE ABOUT
2  WHETHER AND TO WHAT EXTENT THE DOCTORS GAVE APPROPRIATE
3  TREATMENT TO CAPTAIN COTA.

4  IT REALLY HAS NOTHING TO DO WITH THESE OTHER CASES.
5  AND WE WOULD ASK THAT THEY NOT BE CONSOLIDATED, AND THAT THEY BE
6  TREATED SEPARATELY.

7  THE COURT:  DOES ANYBODY DISAGREE WITH THE SCHEDULE AT
8  HAND?  BECAUSE THAT SCHEDULE MAY OR MAY NOT -- THE TRIAL DATE
9  MAY OR MAY NOT BE HELD ON THAT DATE.

10  BUT, SO FAR AS THE SCHEDULE, AND THE TRIAL DATE, I
11  AGREE, THE DOCTOR'S CASE IS A LITTLE BIT DIFFERENT THAN
12  EVERYBODY ELSE'S CASE.

13  MR. ALFORD:  YES. SORRY, YOUR HONOR.   IT IS VERY
14  DIFFERENT.

15  AND IN RESPONSE TO YOUR HONOR'S QUESTION:  YES, THERE
16  IS SOME DISAGREEMENT TO THE PROPOSED SCHEDULE.

17  I THINK THAT THE PLAINTIFFS PROPOSED A 2011 TRIAL
18  DATE, AND WE PROPOSED A 2010 TRIAL DATE.

19  SO, THAT IS SET FORTH IN BOTH CASE MANAGEMENT PLANS.
20  BUT WE DO HAVE A DIFFERENT VIEW ON THAT.

21  MR. ATTORNEY:  YOUR HONOR,  WE HAVE SOME VERY COMMON
22  ISSUES.  WE WOULD REMIND THE COURT THAT THE OTHER TWO DEFENDANTS
23  IN THIS CASE DID NOT OPPOSE THE CONSOLIDATION.

24  DOCTOR PAULSON IS, FOR EXAMPLE, ALREADY PART OF THE
25  UNITED STATES CASE AGAINST REGAL STONE AND FLEET.

```
 1              DOCTOR -- I'M SORRY, CAPTAIN COTA'S MEDICAL ISSUES ARE
 2    GOING TO BE CENTRAL TO SEVERAL COMPONENTS OF ALL OF THE DIFFERNT
 3    CASES.
 4              HE WILL BE, HIS TESTIMONY WILL BE, OBVIOUSLY,
 5    CRITICAL.  YOU HAVE ALREADY HEARD FROM HIS LAWYERS CONCERNING
 6    HIS FIFTH AMENDMENT RIGHTS.
 7              HE ALSO HAS SOME PRIVACY RIGHTS THAT WE ARE GOING TO
 8    TRY TO ACCOMMODATE THROUGH A PROTECTIVE ORDER.  AND WE ARE
 9    WORKING THAT OUT AS WELL.
10              BUT FOR THE DISCOVERY PURPOSES, YOUR HONOR, I THINK
11    THE CASES SHOULD BE CONSOLIDATED SO THAT WE WE ONLY HAVE TO
12    PRODUCE WITNESSES ONE TIME AND WE DON'T HAVE TO INCONVENIENCE
13    WITNESSES.
14              THE COURT:  YOUR 2010 DATE WAS WHAT?
15              MR. ALFORD:  YOUR HONOR, I THINK WE PROPOSED THE DATE
16    IN ---
17              THE COURT:  IN NOVEMBER?
18              MR. ALFORD:  YES, I THINK IT WAS NOVEMBER OF 2010.
19              THE COURT:  YES, I THINK IT WAS NOVEMBER.
20              MR. ALFORD:  PARDOD ME?
21              THE COURT:  I THINK IT WAS NOVEMBER, WASN'T IT?
22              MR. ALFORD:  THAT'S CORRECT, YOUR HONOR.
23              THE COURT:  ANYTHING WRONG WITH NOVEMBER?
24              MISS DAHL:  WELL, YOUR HONOR, THIS IS SONJA DAHL ON
25    BEHALF OF DOCTOR COLNA.
```

```
 1            I THINK, PROBABLY THE LYNCH PIN HERE WOULD BE WHAT

 2   HAPPENS WITH CAPTAIN COTA'S ASSERTION OF HIS FIFTH AMENDMENT

 3   PRIVILEGE.  BECAUSE IT WOUILD BE VERY DIFFICULT TO TAKE ANY OF

 4   THE --

 5            THE COURT:  WHEN THE FIFTH AMENDMENT PRIVILEGE ENDS --

 6   - - WHEN IS THE STATUTE OF LIMITATIONS?

 7            MR. ALFORD:  I BELIEVE IT IS NOVEMBER 7TH, 2010, WOULD

 8   BE THE FAIT ACCOMPLI.

 9            MR.  ERLEWINE:  YOUR HONOR, I THINK THERE ARE WAYS TO

10   WORK AROUND THAT IN OUR CASE.  OUR CASE HAS VERY DISCRETE

11   ISSUES.  YOU KNOW, THEY ARE REALLY MEDICAL MALPRACTICE ISSUES.

12            MY CLIENT IS ENTITLED TO NOT SPEND ALL OF HIS

13   REMAINING TIME IN LITIGATION ON THIS EARTH.

14            THAT IS A REALLY SERIOUS CONSIDERATION THAT I THINK

15   TRUMPS A LOT OF THE SORT OF COMMON CONVENIENCE FACTORS THAT WE

16   HAVE BEEN TALKING ABOUT.

17            THE COURT:  WELL, IS COTA'S DEPOSITION NECESSARY?

18            MR. ATTORNEY:  ABSOLUTELY, YOUR HONOR.

19            MISS DAHL:  YES

20            MR. ATTORNEY:  BUT, I THINK WE CAN WORK AROUND THE

21   FIFTH AMENDMENT ISSUES, YOUR HONOR.  WE ARE IN THE PROCESS OF

22   LOOKING INTO THAT.

23            THE COURT:  THE PLAINTIFFS HAVE A RIGHT AND THE

24   DEFENDANTS HAVE A RIGHT.

25            MR. ATTORNEY:  EXACTLY, YOUR HONOR.
```

```
 1              THE COURT:  MAYBE THE WAY TO DO IT IS TO DO WHAT YOU
 2   CAN DO.  IN THE MEAN TIME, IF SOMETHING COMES UP, LET ME KNOW
 3   AND THEN WE CAN HANDLE IT.
 4              MR. ATTORNEY:  I THINK WE CAN WORK AROUND IT, YOUR
 5   HONOR.
 6              MR. ATTORNEY:  THAT'S FINE, YOUR HONOR.
 7              MR. ETCHEVERS:  YOUR HONOR, JOHN ETCHEVERS, ON BEHALF
 8   OF  BELOGORSKY, TUCHER AND THE NORTH BAY SLEEP MEDICINE
 9   INSTITUTE.
10              WELL, WE DID STIPULATE FOR CONSOLIDATED PURPOSES, FOR
11   DISCOVERY ONLY.
12              THE COURT:  I UNDERSTAND THAT.
13              MR. ETCHEVERS:  BUT, WE ARE ADAMENTLY OPPOSED TO
14   CONSOLIDATION FOR THE TRIAL.
15              THE COURT:  WELL, RIGHT NOW IT IS CONSOLIDATED FOR
16   DISCOVERY AND THEN, LATER ON, I'LL DECONSOLIDATE IT FOR TRIAL.
17              BUT, RIGHT NOW, WE ARE DOING THE DISCOVERY.  I DON'T
18   WANT TO SPEND THE REST OF MY LIFE TRYING SEVEN CASES; THAT IS
19   NOT GOING TO HAPPEN.
20              I NOTICE THE DATES ON THIS, FIFTEEN DAYS FOR,  LIKE
21   THE STATE OF CALIFORNIA FOR ENVIRONMENTAL IMPACT AND WHATEVER.
22              WHAT ARE YOU GOING TO DO, TAKE EVERY ROCK AND EVERY
23   PAGE AND FIND OUT WHAT WAS GOING ON?
24              THERE IS NOT GOING TO BE ANY FIFTEEN DAYS; THESE
25   TRIALS ARE NOT GOING TO LAST THAT LONG.
```

```
 1              SO, HAVE YOUR PRE TRIAL.  DON'T FILE SO MANY MOTIONS;
 2   BECAUSE IF YOU DO, THEN I AM GOING TO APPOINT A SPECIAL MASTER.
 3              THE SHORT ONES I CAN HANDLE, BUT THE LONG ONES I
 4   CAN'T.
 5              MR. ATTORNEY:  YOUR HONOR, IF I MAY?  JUST BECAUSE WE
 6   HAVE NOT YET MOVED THE COURT FOR COMPLETE CONSOLIDATION FOR ALL
 7   PURPOSES, AGAIN, ONCE WE HAVE HAD AN OPPORTUNITY TO CONDUCT SOME
 8   OF THE PRELIMINARY DISCOVERY, I THINK THINGS WILL FALL INTO
 9   PLACE.
10              THE COURT:  YOU SEEM LIKE VERY AGREEABLE PEOPLE, SO
11   WORK IT OUT.  AND IF YOU CAN'T WORK IT OUT, CALL THE CLERK AND
12   SHE WILL PUT YOU ON THE CALENDAR.
13              THANK YOU.
14              MR. ATTORNEY:  ALL RIGHT, THANK YOU.
15              MISS DAHL:  YOUR HONOR, ONE THING FOR THE RECORD.
16              THE COURT:  THERE IS ALWAYS THE LAST THING THAT TURNS
17   INTO A BIG BUG.
18              MISS DAHL:  NO, IT WON'T BE A BIG BUG.
19              AFTER THE OUTSET OF THE CONFERENCE, YOU HAD MENTIONED
20   ABOUT THE PARTIES AGREEING TO CONSOLIDATE THE UNITED STATES AND
21   THE CALIFORNIA CASES FOR TRIAL.
22              WE ARE A TINY LITTLE PARTY IN THE UNITED STATES CASE.
23   AND I WANT TO MAKE SURE THAT THE RECORD DOES NOT REFLECT THAT WE
24   HAVE STIPULATED TO THAT, BECAUSE WE HAVE NOT.
25              THE COURT:  OKAY, FINE.  THANK YOU.  IT IS ON THE
```

1   RECORD.

2                   < - < - <   0 0 0   > - > - >

3           THE COURT: OH, LET'S SEE WHAT HAVE WE GOT NOW?  I

4   BELIEVE IT IS REGAL STONE VERSUS COTA.

5           THEY HAVE FILED A FIRST AMENDMENT COMPLAINT AND I

6   GUESS THAT MOOTS THE MOTION TO DISMISS AND WHAT HAVE YOU.

7           WHAT IS THE STATUS OF THAT?

8           MR. WALSH:  I THINK WE MAY HAVE TAKEN -- JOE WALSH,

9   FOR REGAL STONE AND FLEET MANAGEMENT.

10          I THINK WE MIGHT HAVE TAKEN THAT A LITTLE OUT OF TURN

11  WHEN WE SPOKE A BIT AGO ABOUT THE CONTINENTAL CASE.

12          THE COURT HAS AGREED TO MOOT THE HEARING ON THE

13  DEFENDANT'S MOTION TO DECEMBER 18, THAT WOULD BE BRIEFED ALL  AT

14  THE SAME TIME AS THE CONTINENTIAL CASE.

15          IS THAT FAIR?

16          MR. BOOTH:  FORREST BOOTH FOR THE PILOTS.

17          THAT IS CORRECT, YOUR HONOR.

18          MR. ROBERTS:  KENT ROBERTS FOR CAPATIN COTA.

19          THAT IS CORRECT, YOUR HONOR.

20          THE COURT:  WHAT DID YOU JUST SAY?  I WAS READING SOME

21  OF MY NOTES HERE.

22          MR. ROBERTS:  YES, YOUR HONOR.  THAT IF THE MOTIONS,

23  THE 12 B 6 MOTIONS ARE REFILED, THEY WOULD BE HEARD ON DECEMBER

24  18TH.

25          THE COURT:  YES.

```
 1                     MR. ROBERTS:  THE PARTIES WILL WORK OUT THAT SCHEDULE.
 2                 THE COURT:  IT DEPENDS ON THE VOLUME OF MOTIONS.
 3                 MR. ROBERTS:  YES, YOUR HONOR.
 4                 THE COURT:  IF I GET THREE OR FOUR MOTIONS, THAT IS
 5      FINE.  BUT IF I GET A WHOLE BUNCH OF MOTIONS, I AM LETTING YOU
 6      KNOW IN ADVANCE.
 7                 MR. ROBERTS:  I THINK WHAT WE ARE LOOKING AT IS FOUR
 8      TOTAL MOTIONS, FOR THE 18TH, BUT THEY ARE GROUPED IN TWOS.  SO,
 9      I THINK YOU WILL BE ABLE TO, YOU KNOW --
10                 THE COURT:  YOU KNOW, THERE ARE MOTIONS AND THERE ARE
11      MOTIONS.
12                 MR. ROBERTS:  I UNDERSTAND, YOUR HONOR.
13                 THE COURT:  SOME ARE PRETTY EASY AND SOME ARE NOT SO
14      EASY.
15                 MR. ROBERTS:  I UNDERSTAND, YOUR HONOR.
16                 THE COURT:  SO, LET'S JUST SEE WHAT HAPPENS AT THAT
17      POINT.
                   MR. ROBERTS:  OKAY, YOUR HONOR.
19                 < - < - <   O O O   > - > - >
20                 THE COURT:  OKAY, WHAT ELSE DO WE HAVE NOW?  WE HAVE
21      SMOOT.
22                 HAVE WE LEFT ANYBODY OUT?
23                 THE STATE OF CALIFORNIA, ARE THEY ALL -- IS EVERYBODY
24      HAPPY?
25                 ANYTHING ELSE?  ANYTHING FURTHER?
```

```
 1          ALL RIGHT.   THEN THE MEETING IS ADJOURNED.

 2     MR. WALSH:   THANK YOU, YOUR HONOR.

 3     MR. BOOTH:   THANK YOU, YOUR HONOR.

 4     MR. JONES:   THANK YOU, YOUR HONOR.

       THE CLERK:   ALL RISE.   THIS COURT STANDS IN RECESS.

 6

 7          (:WHEREUPON AT THE HOUR OF 10:45 A.M.

 8          THE FOREGOING PROCEEDINGSS ADJOURNED:)

 9

10          <   < - <   O  0  O   > -  >  >

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                    CERTIFICATE OF THE REPORTER

2

3          I, CATHERINE EDWARDS, A CERTIFIED SHORTHAND

4      REPORTER, 3071, FOR THE UNITED STATES DISTRICT

5      COURT, NORTHERN DISTRICT OF CALIFORNIA, HEREBY

6      CERTIFY THAT:

7

8

9          THE FOREGOING TRANSCRIPT OF PROCEEDINGS WERE

10     REPORTED BY ME, AND WERE THEREAFTER TRANSCRIBED

11     UNDER MY DIRECTION INTO TYPEWRITING.

12

13

14         I ALSO HEREBY CERTIFY THAT THE FOREGOING

15     TRANSCRIPT IS A TRUE RECORD OF THE PROCEEDINGS

16     AS BOUND BY ME AT THE TIME OF FILING.

17

18

19         THE VALIDITY OF THE REPORTER'S CERTIFICATION

20     OF SAID TRANSCRIPT MAY BE VOID UPON DISASSEMBLY

21     AND/OR REMOVAL FROM THE COURT FILE.

22
                        Catherine Edwards
23

24                     OCTOBER  16, 2009

25
```